**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-00330-PAB-CBS

CARLA R. MEZA,

      Plaintiff,

v.

CITY OF AURORA;
OFFICER JAMES WASELKOW, in his individual and official capacities; and
OFFICER ROBERT BROWN, in his individual and official capacities,

      Defendants.

---

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE DEFENDANTS**
**OFFICER JAMES WASELKOW AND OFFICER ROBERT BROWN**
**PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

---

      COMES NOW, the Plaintiff, Carla R. Meza, by and through her attorney, Kevin Farrell, and moves the Court, unopposed, for an Order of dismissal with prejudice of Defendants Officer James Waselkow and Officer Robert Brown, and in support thereof, states as follows:

### D.C.COLO.LCivR 7.1(A) CONFERRAL

      Plaintiff has conferred with all other counsel in this matter and there are no objections to the relief requested herein.

      1.    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff has elected to voluntarily dismiss with prejudice any claims against the individual Defendants Officer James Waselkow and Officer Robert Brown, in both their individual and official capacities.

      2.    No answer or motion for summary judgment has been filed in this matter.

3. Defendant, City of Aurora, should now be the sole defendant in the above-titled action and Plaintiff requests that the caption be amended to exclude the individual Defendant Police Officers.

WHEREFORE, the Plaintiff respectfully requests that the Court enter an Order whereby Defendants Officer James Waselkow and Officer Robert Brown are hereby dismissed with prejudice from this action in their individual and official capacities, with each party to pay their own attorney fees and costs.

Respectfully submitted this 7th day of April, 2010.

FARRELL LAW OFFICES, L.L.C.

*s/ Kevin J. Farrell*
Kevin J. Farrell
1582 South Parker Road, Suite 209
Denver, CO 80231
Telephone: (303) 368-5200
Facsimile: (303) 368-5205
E-mail: farrell.lawoffice@gmail.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2010 I electronically filed the foregoing **UNOPPOSED MOTION TO DISMISS WITH PREJUDICE DEFENDANTS OFFICER JAMES WASELKOW AND OFFICER ROBERT BROWN PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Julia A. Bannon, Esq.
jbannon@auroragov.org


Kevin Farrell, Esq.
Farrell.lawoffice@gmail.com


Marc F. Colin, Esq.
mcolin@bcjlpc.com


                               /s/ Kevin J. Farrell
                               Server Signature