**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 10-cv-00330-PAB-CBS

CARLA R. MEZA,

    Plaintiff,

v.

CITY OF AURORA, COLORADO,
OFFICER JAMES WASELKOW, in his individual and official capacities, and
OFFICER ROBERT BROWN, in his individual and official capacities,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS JAMES WASELKOW AND ROBERT BROWN**
_____

THIS MATTER comes before the Court upon the Motion to Dismiss With Prejudice Defendants Officer James Waselkow and Officer Robert Brown Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [Docket No. 22]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss [Docket No. 22] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Officers James Waselkow and Robert Brown, in their individual and official capacities, are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that the caption of the case shall be amended to reflect the dismissal of defendants Waselkow and Brown.

DATED April 8, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge