IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00330-PAB-CBS

CARLA R. MEZA,

Plaintiff,

v.

CITY OF AURORA, COLORADO,

Defendants.

## *STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE*

The Parties, by their undersigned counsel of record, hereby respectfully submit the following Stipulated Motion for Dismissal with Prejudice and as grounds therefore, state as follows:

1. The parties have reached a settlement.

WHEREFORE, the parties respectfully request that this Court dismiss the claims with prejudice, each party to pay their own costs and attorney fees.

Dated:  April 16, 2010

                    Respectfully submitted,

                    OFFICE OF THE CITY ATTORNEY

                    s/ *Julia A. Bannon*
                    Julia A. Bannon
                    Aurora Municipal Center, Suite 5300
                    15151 East Alameda Parkway
                    Aurora, Colorado  80012
                    Telephone: (303) 739-7030
                    Facsimile:  (303) 739-7042
                    E-mail:  jbannon@auroragov.org
                    ATTORNEY FOR CITY OF AURORA

                    THE LAW OFFICES OF KEVIN FARRELL

                    s/ *Kevin J. Farrell*
                    Kevin J. Farrell
                    1582 South Parker Road, Suite 209
                    Denver, CO  80231
                    Telephone:  (303) 368-5200
                    Facsimile:  (303) 368-5205
                    E-mail:  farrell.lawoffice@gmail.com
                    ATTORNEY FOR THE PLAINTIFF

## *CERTIFICATE OF SERVICE*

     I hereby certify that on the 16th day of April 2010, I electronically filed the foregoing Stipulated Motion for Dismissal with Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kevin J. Farrell, Esq.
farrell.lawoffice@gmail.com

Marc F. Colin, Esq.
mcolin@bcjlpc.com

Jamie Dyan Wynn, Esq.
jwynn@bcjlpc.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

                s/ *Joanne Flaherty*
                Joanne Flaherty

f:\dept\city attorney\ca\julie\meza\stip4dsmsl.docx